Date signed June 30, 2010



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 10-13674 |
|---|---|
| Melody A. Silver | Chapter 7 |
| Debtors. | |

## MEMORANDUM TO DEBTOR'S COUNSEL

The court issued a deficiency notice on June 9, 2010 with respect to the Amended Schedules filed in the above-captioned bankruptcy case, instructing Debtor to file a Certificate of Service on the Notice of Meeting of Creditors. To date, the noted deficiency has not been cured. Accordingly, the court advises Debtor's counsel to comply with Local Bankruptcy Rule 1007-3 with respect to those creditors who have been added. Failure to do so within seven (7) days of the entry of this Memorandum will result in the Amended Schedules being stricken.

cc:    Debtor
       Debtor's Counsel
       Chapter 7 Trustee

End of Memorandum